# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

October 18, 2021

Robert P. LoBue
Partner
212-336-2596
rplobue@pbwt.com

**By ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 11D
New York, NY 10007-1312

Re:    ***Dow Jones & Company, Inc. v. Juwai Ltd.***, No. 1:21-cv-07284-PKC

Dear Judge Castel,

We represent plaintiff Dow Jones & Company, Inc. ("Dow Jones") in the above-referenced matter, in which the Court has scheduled an initial pretrial conference for November 1, 2021 at 11:30 a.m.

Defendant Juwai Ltd. ("Juwai") maintains its headquarters in Hong Kong, China, and Dow Jones remains in the process of accomplishing service of process. Given the complexities of international service and the need to give Juwai sufficient opportunity to appear following the completion of service, Dow Jones respectfully requests an adjournment of the conference until early January, 2022. This is plaintiff's first request for an adjournment.

We appreciate the Court's consideration of this request.

Respectfully submitted,

Robert P. LoBue

Initial conference is adjourned from
November 1, 2021 to
January 10, 2022 at 10:30 a.m.
Call-In: 1-888-363-4749;
Access Code: 3667981.
SO ORDERED.
Dated: 10/20/2021

P. Kevin Castel
United States District Judge

13077065v.1