The motion is DENIED as moot in view of the filing of an Amended Complaint and new briefing schedule.
SO ORDERED
Dated: 3/30/2022

P. Kevin Castel
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DOW JONES & COMPANY, INC.,

    Plaintiff,

vs.

JUWAI LTD.,

    Defendant.

Civil Action No. 1:21-cv-07284-PKC

**NOTICE OF PARTIAL MOTION TO DISMISS COMPLAINT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in accordance with the briefing schedule established by the Court (ECF No. 25), Defendant Juwai Ltd. (Juwai), by and through their attorneys, Kublanovsky Law, LLC and Adams and Reese LLP, will move before the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, before the Honorable P. Kevin Castel, U.S.D.J., for an Order granting Juwai's Partial Motion to Dismiss Plaintiff Dow Jones & Company, Inc.'s Complaint under to Federal Rule of Civil Procedure 12(b)(6).

PLEASE TAKE FURTHER NOTICE, that in support of their Motion, Juwai shall rely upon the attached Memorandum of Law submitted herewith and all of the papers and pleadings heretofore filed in this action.

Dated: February 11, 2022    Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ Maia T. Woodhouse*
Maia T. Woodhouse, TN BPR No. 030438
(Admitted *pro hac vice*)
Joshua Counts Cumby, TN BPR No. 037949
(*Pro hac vice* application pending)

2

       1600 West End Avenue, Suite 1400
       Nashville, TN 37203
       Tel: (615) 259-1450
       Fax: (615) 259-1470
       Email: maia.woodhouse@arlaw.com
             joshua.cumby@arlaw.com

**KUBLANOVSKY LAW, LLC**

Eugene D. Kublanovsky
10 East 39th Street, 12th Floor
New York, New York 10016
Tel: (212) 729-4707
Email: eugene@edklaw.com

*Attorneys for Defendant Juwai Ltd.*