

www.pbwt.com

In view of the anticipated filing of a proposed stipulation of dismissal, the dates for the completion of any pretrial matter or the filing of any pretrial submission is stayed until February 23, 2024. If no stipulation of dismissal is filed by that date, the stay is automatically vacated and within 7 days thereafter the parties shall provide a proposed revised schedule calculated by excluding time during the period of the stay.
SO ORDERED.
Dated: 1/8/24

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

January 5, 2024

**By ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 11D
New York, NY 10007-1312

      Re:    *Dow Jones & Company, Inc. v. Juwai Ltd.*, No. 1:21-cv-07284-PKC

Dear Judge Castel:

      We are counsel to Plaintiff Dow Jones & Company, Inc. ("Dow Jones"). We write on behalf of both Dow Jones and Defendant Juwai Ltd. ("Juwai") to request a temporary stay of all deadlines and proceedings in this matter. This is the parties' first request for a temporary stay. The next conference before the Court is currently scheduled for January 24, 2024 at 10:30 a.m.

      We are pleased to report that the parties have been engaged in substantive discussions to settle their disputes and anticipate imminent settlement of this matter. The parties respectfully request that the Court stay all further proceedings in this matter until February 23, 2024 so that the parties may continue their efforts to finalize the terms of the settlement and execute appropriate documentation. The requested stay will serve judicial economy and will not prejudice any party.

      The parties will report back to the Court on the progress of the settlement, or file a stipulation of dismissal, not later than February 23, 2024.

      The parties appreciate the Court's consideration of this request.

      Respectfully submitted,

      */s/ David S. Kleban*

      David S. Kleban

cc: All counsel of record (via ECF)